IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01510-MEH

GWENDOLYN L. HARTMAN,

      Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

      Defendant.

---

## FINAL JUDGMENT

---

      Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael E. Hegarty on April 9th, 2015, incorporated herein by reference, it is

      ORDERED that the decision of the ALJ that Plaintiff Gwendolyn Hartman was not disabled is AFFIRMED IN PART AND REVERSED IN PART, and

It is

      FURTHER ORDERED that the matter is REMANDED to the Commissioner for further consideration and/or clarification consistent with this order and judgment.  It is

      FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Gwendolyn Hartman, and against Defendant, Carolyn W. Colvin, Commissioner of Social Security.

      DATED at Denver, Colorado this 10th   day of April , 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ N. Marble
N. Marble, Deputy Clerk