IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01510-MEH

GWENDOLYN L. HARTMAN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

The Stipulated Motion for Equal Access to Justice Act Fees [filed August 3, 2015; docket #29] is **granted**. It is hereby ORDERED that Plaintiff Gwendolyn L. Hartman is awarded $6,000.00 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned the EAJA fees to his attorney, (2) determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney and delivered to:

    Gwendolyn L. Hartman
    c/o Rachael Lundy, Esq.
    Seckar Law Offices
    402 W. 12th Street
    Pueblo, CO 81003

In light of this order, Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act [filed July 8, 2015; docket #28] is **denied as moot**.

Dated at Denver, Colorado this 4th day of August, 2015.

                                    BY THE COURT:

                                    *Michael E. Hegarty*

                                    Michael E. Hegarty
                                    United States Magistrate Judge